UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MAGICAL FARMS, INC., ET AL., | ) | CASE NO.1:03CV2054 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| LAND O'LAKES, INC., ET AL., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

### CHRISTOPHER A. BOYKO, J:

This matter is before the Court on the Motions of Dr. Stachowski for Partial Reconsideration of the Court's Order Denying his Motion to Quash Subpoena Duces Tecum (ECF Dkt#257) and the Motion of Non-Party Mary Reed for a Limited Protective Order (ECF Dkt#258). On January 12, 2007, the Court conducted a telephone status conference to discuss these motions. After hearing the arguments of counsel the Court orders the following:

1) The Court grants in part Dr. Stachowski's Motion for Partial Reconsideration. Dr. Stachowski may redact any and all references to customer names and need not produce customer lists. Plaintiff's counsel stated he does not object to the non-production and redaction.

2)     On Non-Party Mary Reed's Motion for Limited Protective Order the Court grants in part and Orders any reference exclusive to Mary Reed in the Colorado settlement agreement redacted. The Court finds any reference to Mary Reed in the confidential settlement agreement is tangential to the issues before it. Counsel for Dr. Stachowski shall submit a proposed redaction to Plaintiff's counsel for examination. Furthermore, the settlement agreement shall be provided solely to counsel and parties and shall not be produced to Plaintiff's expert witnesses.

3)     Dr. Stachowski's personal counsel may be present at his deposition but only one attorney may raise objections for Dr. Stachowski.

4)     The parties agree Dr. Stachowski may bill at $250/hr for testimony and $125/hr for time spent in document retrieval/collection.

IT IS SO ORDERED.

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge

FILED

JAN 12 2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND