IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

- - -

MAGICAL FARMS, INC., et al., )
       Plaintiffs, )
  vs. ) Case No. 1:03 CV 2054
LAND O' LAKES, INC., et al., )
       Defendants. )

**ORIGINAL**

- - -

Videotaped deposition of LIBBY M. FORSTNER, a Plaintiff herein, called by the Defendants for cross-examination pursuant to the Federal Rules of Civil Procedure, taken before me, the undersigned, William S. Bish, RDR/CRR and Notary Public in and for the State of Ohio, at the offices of Kahn Kleinman, 1301 East Ninth Street, 2600 Erieview Tower, Cleveland, Ohio, on Tuesday, the 27th day of September, 2005 at 9:38 o'clock a.m.

---------------------------------------------------

COMPUTERIZED TRANSCRIPTION BY
BISH & ASSOCIATES, INC.
812 Key Building
Akron, Ohio 44308-1318
(330) 762-0031
(800) 332-0607
FAX (330) 762-0300
E-Mail: bishassociates@neo.rr.com
www.bish-associates.com

1    A.    -- right now, but yeah, there were a
2    couple.
3    Q.    Well, we will break today and then if
4    you think of it overnight or something, if you
5    don't we will talk about it tomorrow.
6    A.    Okay.
7         MR. MENUEZ:  Can we go off the
8    record for a second.
9         THE VIDEOGRAPHER:  We're off the
10   record.
11        (Short recess had.)
12        THE VIDEOGRAPHER:  We're back on the
13   record.
14   BY MR. MENUEZ:
15   Q.    All right. We were just talking about
16   the animals that were involved in the feed
17   incident and are on that spreadsheet in front of
18   you as affected animals, and we were talking
19   about them breeding and having cria. What about
20   the cria, have you sold any of the cria, or has
21   Magical Farms sold any of the cria that have
22   resulted from the breedings from animals the
23   parents would be on that list?
24   A.    We haven't sold any of the animals that
25   are in the lawsuit, is that what you mean?

1  Q. Well, let me -- let me break it into
2  two questions. First of all have you sold any
3  of the animals that are involved in the lawsuit?
4  A. Not to my knowledge.
5  Q. Okay. Have you tried to sell any of
6  them?
7  A. No, we have not.
8  Q. All right. Is there a reason you have
9  tried -- you haven't tried to sell any of them?
10 A. Well, two reasons. One is they're
11 involved in the lawsuit.
12 Q. Okay.
13 A. And the other is that we don't have any
14 way of knowing the total extent of the damage,
15 and we would have to sell an animal that we
16 don't know -- we guarantee our animals when we
17 sell an animal that they are sound and pass a
18 vet exam, and our vet can't say this animal is
19 -- is fine, this animal's unaffected, this
20 animal is okay. And by looking at them you
21 cannot tell the extent of any damage.
22 Q. So if --
23 A. So we --
24 Q. -- if you look at --
25 A. -- don't feel we can sell something

1  Q. And --
2  A. But I don't do sales, so...
3  Q. All right. And to your knowledge, it
4  was also my understanding that to your
5  knowledge there weren't any attempts to sell
6  any of those animals?
7  A. To my knowledge we were not going to
8  sell them.
9  Q. Okay. Do you know whether or not
10 you've had to buy any animals back as a result
11 of the feed incident?
12 A. I'm not -- that would be Trip.
13 Q. Okay. So to your knowledge you
14 haven't but Trip would be the one?
15 A. Trip would be the one to know for
16 sure.
17 Q. Okay. When a, when a cria is born
18 on the farm to parents that are on the farm.
19 A. Okay.
20 Q. How do you go about registering that
21 cria at Magical?
22 A. You mean the form that's filled out?
23 Q. Yeah, I mean just what process do you
24 go through?
25 A. I don't know what they're currently

1  going through --

2  Q. All right.

3  A. -- to do the process.

4  Q. What did you go through when -- do
5  you know what they were going through in 2003
6  and prior to that?

7  A. Not exactly. I know what we did when
8  I worked at the farm.

9  Q. What did you do then?

10 A. In those days we didn't have FTA
11 cards, the registry required tubes, a little
12 tube of blood. So the vet would pull the
13 blood, put it in the tube, and we'd fill out
14 the registration form, the application for
15 registration form, because we didn't have on
16 line registration then, there was only one
17 option.

18 Q. Uh-huh.

19 A. And we would send blood along with
20 the registration form to the registry and then
21 they would test the blood to see if that cria
22 was an offspring, qualified as the offspring
23 of these two parents and if it did then they
24 would issue a registration certificate.

25 Q. Okay. When did on line registration