**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION**

| | | |
|---|---|---|
| MAGICAL FARMS, INC., et al., | ) | CASE NO. 1: 03CV2054 |
| | ) | |
| PLAINTIFFS | ) | JUDGE CHRISTOPHER BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| LAND O'LAKES, INC., et al., | ) | **PROPOSED JURY** |
| | ) | **INTERROGATORIES OF** |
| DEFENDANTS. | ) | **DEFENDANTS, LAND O'LAKES,** |
| | ) | **INC., AND LAND O'LAKES** |
| | ) | **FARMLAND FEED, LLC** |
| | ) | |

NOW COME Defendants, Land O'Lakes, Inc., and Land O'Lakes Farmland Feed, LLC (collectively, "Defendants"), by and through counsel, and submit the following model of proposed Jury Interrogatories, which represent the suggested sequence of interrogatories to the jury. Defendants are unable to submit an exact number of jury interrogatories until Plaintiffs produce a complete list of the animals at issue. Defendants have made multiple requests for this information. To date, Plaintiffs have not produced the requested list. Therefore, Defendants reserve the right to modify, review, add, and/or finalize these instructions based upon developments during the course of trial and the timing of Plaintiffs' production of the requested list.

Respectfully submitted,

**Sutter, O'Connell & Farchione Co. L.P.A.**

/s/Jonathan M. Menuez
Jonathan M. Menuez, Esq.  (0064972)
Thomas H. Terry, III, Esq. (0016340)
3600 Erieview Tower
1301 East 9th St.
Cleveland, Ohio 44114
216-928-2200
216-928-4400 – fax

## <u>JURY INTERROGATORY NO. 1</u>

Defendants have admitted liability in the death of animal Chandler, Tag # 208.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 2

## JURY INTERROGATORY NO. 2

Defendants have admitted liability in the death of animal Pal O Mine, Tag # 214.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 3

## JURY INTERROGATORY NO.3

Defendants have admitted liability in the death of animal Devlin, Tag # 220.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____

Please proceed to Interrogatory No. 4

4

## JURY INTERROGATORY NO.4

Defendants have admitted liability in the death of animal Sakuruta, Tag # 223.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____       10. _____

5. _____       11. _____

6. _____       12. _____

Please proceed to Interrogatory No. 5

## JURY INTERROGATORY NO. 5

Defendants have admitted liability in the death of animal Dakotia, Tag # 280.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

Please proceed to Interrogatory No. 6

## JURY INTERROGATORY NO. 6

Defendants have admitted liability in the death of animal Bacardi, Tag # 295.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 7

## JURY INTERROGATORY NO.7

Defendants have admitted liability in the death of animal Maximillian, Tag # 462.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

7. _____

2. _____

8. _____

3. _____

9. _____

4. _____

10. _____

5. _____

11. _____

6. _____

12. _____

Please proceed to Interrogatory No. 8

## JURY INTERROGATORY NO. 8

Defendants have admitted liability in the death of animal Cointreu, Tag # 498.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

Please proceed to Interrogatory No. 9

## JURY INTERROGATORY NO. 9

Defendants have admitted liability in the death of animal Preston, Tag # 607.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

7. _____

2. _____

8. _____

3. _____

9. _____

4. _____

10. _____

5. _____

11. _____

6. _____

12. _____

Please proceed to Interrogatory No. 10

## JURY INTERROGATORY NO. 10

Defendants have admitted liability in the death of animal Flectcher, Tag # 615.  What is the market value of this animal ? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____    7. _____

2. _____    8. _____

3. _____    9. _____

4. _____    10. _____

5. _____    11. _____

6. _____    12. _____

Please proceed to Interrogatory No. 11

## <u>JURY INTERROGATORY NO. 11</u>

Defendants have admitted liability in the death of animal Sonneteer, Tag # 621.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 12

## JURY INTERROGATORY NO. 12

Defendants have admitted liability in the death of animal Timberwind, Tag # 633.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____

Please proceed to Interrogatory No. 13

## JURY INTERROGATORY NO. 13

Defendants have admitted liability in the death of animal Gallagher, Tag # 641.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____  7. _____

2. _____  8. _____

3. _____  9. _____

4. _____  10. _____

5. _____  11. _____

6. _____  12. _____

Please proceed to Interrogatory No. 14

## <u>JURY INTERROGATORY NO. 14</u>

Defendants have admitted liability in the death of animal Erasmus, Tag # 663.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 15

## <u>JURY INTERROGATORY NO. 15</u>

Defendants have admitted liability in the death of animal Carmello, Tag # 2001.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

Please proceed to Interrogatory No. 16

## JURY INTERROGATORY NO. 16

Defendants have admitted liability in the death of animal Revolution, Tag # 2002.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____

Please proceed to Interrogatory No. 17

## **JURY INTERROGATORY NO. 17**

Defendants have admitted liability in the death of animal Matisse, Tag # 2005.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____  7. _____

2. _____  8. _____

3. _____  9. _____

4. _____  10. _____

5. _____  11. _____

6. _____  12. _____

Please proceed to Interrogatory No. 18

## <u>JURY INTERROGATORY NO. 18</u>

Defendants have admitted liability in the death of animal Carlos, Tag # 2007.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 19

## JURY INTERROGATORY NO. 19

Defendants have admitted liability in the death of animal Corbin, Tag # 2008.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 20

## <u>JURY INTERROGATORY NO. 20</u>

Defendants have admitted liability in the death of animal Isidro, Tag # 2012.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

7. _____

2. _____

8. _____

3. _____

9. _____

4. _____

10. _____

5. _____

11. _____

6. _____

12. _____

Please proceed to Interrogatory No. 21

## <u>JURY INTERROGATORY NO. 21</u>

Defendants have admitted liability in the death of animal Arlington, Tag # 2013.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 22

## JURY INTERROGATORY NO. 22

Defendants have admitted liability in the death of animal Romeo, Tag # 2015.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 23

## <u>JURY INTERROGATORY NO. 23</u>

Defendants have admitted liability in the death of animal Neville, Tag # 2016.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 24

## JURY INTERROGATORY NO. 24

Defendants have admitted liability in the death of animal Terminator, Tag # 2017.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 25

## JURY INTERROGATORY NO. 25

Defendants have admitted liability in the death of animal Don Roberto, Tag #2020.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 26

## JURY INTERROGATORY NO. 26

Defendants have admitted liability in the death of animal Hamilton, Tag # 2023.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 27

## <u>JURY INTERROGATORY NO. 27</u>

Defendants have admitted liability in the death of animal Solitaire, Tag # 2034.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 28

## JURY INTERROGATORY NO. 28

Defendants have admitted liability in the death of animal George, Tag # 2035.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____       7. _____

2. _____       8. _____

3. _____       9. _____

4. _____       10. _____

5. _____       11. _____

6. _____       12. _____

Please proceed to Interrogatory No. 29

## JURY INTERROGATORY NO. 29

Defendants have admitted liability in the death of animal Twilight, Tag # 2043.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 30

## JURY INTERROGATORY NO. 30

Defendants have admitted liability in the death of animal Manzoti, Tag # 2051.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____   7. _____

2. _____   8. _____

3. _____   9. _____

4. _____   10. _____

5. _____   11. _____

6. _____   12. _____

Please proceed to Interrogatory No. 31

## JURY INTERROGATORY NO. 31

Defendants have admitted liability in the death of animal Neutron, Tag # 2057.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 32

## JURY INTERROGATORY NO. 32

Defendants have admitted liability in the death of animal Melysion, Tag # 2058.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 33

## JURY INTERROGATORY NO. 33

Defendants have admitted liability in the death of animal Veronica's Victory, Tag # 2072.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

Please proceed to Interrogatory No. 34

## JURY INTERROGATORY NO. 34

Defendants have admitted liability in the death of animal Snapshot, Tag # 2073.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 35

## JURY INTERROGATORY NO. 35

Defendants have admitted liability in the death of animal Telstar, Tag # 2074.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 36

## <u>JURY INTERROGATORY NO. 36</u>

Defendants have admitted liability in the death of animal Choctaw, Tag # 2080. What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 37

## JURY INTERROGATORY NO. 37

Defendants have admitted liability in the death of animal Prescott, Tag # 2088.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 38

## JURY INTERROGATORY NO. 38

Defendants have admitted liability in the death of animal Limited Edition, Tag # 2208.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

Please proceed to Interrogatory No. 39

## <u>JURY INTERROGATORY NO. 39</u>

Defendants have admitted liability in the death of animal Brisbane, Tag # 2224.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No 40

## JURY INTERROGATORY NO. 40

Defendants have admitted liability in the death of animal Brave Emporer, Tag # 2225.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 41

## JURY INTERROGATORY NO. 41

Defendants have admitted liability in the death of animal Kennedy, Tag # 2229.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____  7. _____

2. _____  8. _____

3. _____  9. _____

4. _____  10. _____

5. _____  11. _____

6. _____  12. _____

Please proceed to Interrogatory No. 42

## JURY INTERROGATORY NO. 42

Defendants have admitted liability in the death of animal Raw Power, Tag # 2233.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____

Please proceed to Interrogatory No. 43

## JURY INTERROGATORY NO. 43

Defendants have admitted liability in the death of animal Vermilion, Tag # 2237.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____

Please proceed to Interrogatory No. 44

## JURY INTERROGATORY NO. 44

Defendants have admitted liability in the death of animal Auburn, Tag # 2922.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____       7. _____

2. _____       8. _____

3. _____       9. _____

4. _____       10. _____

5. _____       11. _____

6. _____       12. _____

Please proceed to Interrogatory No. 45

## JURY INTERROGATORY NO. 45

Defendants have admitted liability in the death of animal King, Tag # 6013.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____    7. _____

2. _____    8. _____

3. _____    9. _____

4. _____    10. _____

5. _____    11. _____

6. _____    12. _____

Please proceed to Interrogatory No. 46

## JURY INTERROGATORY NO. 46

Defendants have admitted liability in the death of animal Cinema, Tag # 9218.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 47

## JURY INTERROGATORY NO. 47

Defendants have admitted liability in the death of animal Deacon, Tag # 9222.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 48

## JURY INTERROGATORY NO. 48

Defendants have admitted liability in the death of animal Lofton, Tag # 9236.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 49

49

## JURY INTERROGATORY NO. 49

Defendants have admitted liability in the death of animal Cherokee, Tag # 641.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No.50

## JURY INTERROGATORY NO. 50

Defendants have admitted liability in the death of animal Roberto, Tag # 9263.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 51

## JURY INTERROGATORY NO. 51

Defendants have admitted liability in the death of animal Enrico, Tag # 9274.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

Please proceed to Interrogatory No.52

## JURY INTERROGATORY NO. 52

Defendants have admitted liability in the death of animal Maxima, Tag # 9289.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

Please proceed to Interrogatory No. 53

## JURY INTERROGATORY NO. 53

Defendants have admitted liability in the death of animal Center Stage, Tag # 9447.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

Please proceed to Interrogatory No. 54

## JURY INTERROGATORY NO. 54

Defendants have admitted liability in the death of animal Designator, Tag # 9448.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

7. _____

2. _____

8. _____

3. _____

9. _____

4. _____

10. _____

5. _____

11. _____

6. _____

12. _____

Please proceed to Interrogatory No. 55

## JURY INTERROGATORY NO. 55

Defendants have admitted liability in the death of animal The Natural, Tag # 9461. What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 56

## JURY INTERROGATORY NO. 56

Defendants have admitted liability in the death of animal Black Camino, Tag # 9628.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

7. _____

2. _____

8. _____

3. _____

9. _____

4. _____

10. _____

5. _____

11. _____

6. _____

12. _____

Please proceed to Interrogatory No. 57

## JURY INTERROGATORY NO. 57

Defendants have admitted liability in the death of animal Bandelero, Tag # 9631.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 58

## JURY INTERROGATORY NO. 58

Defendants have admitted liability in the death of animal Barrington, Tag # 9638.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No.59

## JURY INTERROGATORY NO. 59

Defendants have admitted liability in the death of animal Impact, Tag # 9647.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 60

## JURY INTERROGATORY NO. 60

Defendants have admitted liability in the death of animal Charcoal, Tag # 9658.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 61

## JURY INTERROGATORY NO. 61

Defendants have admitted liability in the death of animal Coronado, Tag # 9663.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____

Please proceed to Interrogatory No. 62

## JURY INTERROGATORY NO. 62

Defendants have admitted liability in the death of animal Carbonero, Tag # 9670.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____

Please proceed to Interrogatory No.63

## JURY INTERROGATORY NO. 63

Defendants have admitted liability in the death of animal Rock Solid, Tag # 9686.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 64

## <u>JURY INTERROGATORY NO. 64</u>

Defendants have admitted liability in the death of animal Ransom, Tag # 9687.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 65

## <u>JURY INTERROGATORY NO. 65</u>

Defendants have admitted liability in the death of animal Kingston, Tag # 9801.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 66

## JURY INTERROGATORY NO. 66

Defendants have admitted liability in the death of animal Miguel, Tag # 9802.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 67

## JURY INTERROGATORY NO. 67

Defendants have admitted liability in the death of animal Torpedo, Tag # 9808.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

7. _____

2. _____

8. _____

3. _____

9. _____

4. _____

10. _____

5. _____

11. _____

6. _____

12. _____

Please proceed to Interrogatory No.68

## <u>JURY INTERROGATORY NO. 68</u>

Defendants have admitted liability in the death of animal Juggernaut, Tag # 9817.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 69

## <u>JURY INTERROGATORY NO. 69</u>

Defendants have admitted liability in the death of animal High Stakes, Tag # 9821.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____       7. _____

2. _____       8. _____

3. _____       9. _____

4. _____       10. _____

5. _____       11. _____

6. _____       12. _____

Please proceed to Interrogatory No. 70

## JURY INTERROGATORY NO. 70

Defendants have admitted liability in the death of animal Smithers, Tag # 9829.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No.71

## JURY INTERROGATORY NO. 71

Defendants have admitted liability in the death of animal Litigator, Tag # 9830.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

Please proceed to Interrogatory No. 72

## <u>JURY INTERROGATORY NO. 72</u>

Defendants have admitted liability in the death of animal Toronto, Tag # 9832.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 73

## <u>JURY INTERROGATORY NO. 73</u>

Defendants have admitted liability in the death of animal Landau, Tag # 9835.  What is the market value of this animal? (**ALL TWELVE MUST AGREE**)

$ _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 74

## JURY INTERROGATORY NO. 74

Defendants have admitted to negligence in this matter.  Has Plaintiff <u>Magical Farms</u> proven by a preponderance of the evidence that the negligence of Defendants proximately caused the death of any animal owned by Plaintiff Magical Farms, other than those for which Defendants have admitted liability? **(ALL TWELVE JURORS MUST AGREE).**


YES ____          NO ____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 74 **"NO,"** proceed to Interrogatory No. 77

If all twelve jurors answer Interrogatory No. 74 **"YES,"** proceed to Interrogatory No. 75.

## JURY INTERROGATORY NO. 75

Please state the name and tag number of all animals the death of which you find to have been proximately caused by Defendants' negligence.  **(ALL TWELVE JURORS MUST AGREE).**

**Animal Name & Tag Number**     _____

**Animal Name & Tag Number**     _____

**Animal Name & Tag Number**     _____

**Animal Name & Tag Number**     _____

**Animal Name & Tag Number**     _____

**Animal Name & Tag Number**     _____

**Animal Name & Tag Number**     _____

**Animal Name & Tag Number**     _____

**Animal Name & Tag Number**     _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____

Please proceed to Interrogatory No. 76

## JURY INTERROGATORY NO. 76

As to each animal listed in response to Interrogatory No. 75, please list the market value that you have determined.   **(ALL TWELVE JURORS MUST AGREE).**

$_____

$_____

$_____

$_____

$_____

$_____

$_____

$_____


$_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 77

## <u>JURY INTERROGATORY NO. 77</u>

Has Plaintiff <u>Magical Farms</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to (first named Magical Farms alpaca and Tag #) owned by Plaintiff  <u>Magical Farms</u>.? **(ALL TWELVE JURORS MUST AGREE).**

YES _____          NO _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

If all twelve jurors answer Interrogatory No. 77 **"YES,"** then proceed to Interrogatory No. 78

If all twelve jurors answer Interrogatory No. 77 **"NO,"** then proceed to Interrogatory No. 81.

## JURY INTERROGATORY NO. 78

If your answer to Interrogatory No. 77 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____

Please proceed to Interrogatory No. 79.

## JURY INTERROGATORY NO. 79

If you answered the previous interrogatory what was the market value of (first named Magical Farms alpaca and Tag #) owned by Plaintiff Magical Farms BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 80.

## JURY INTERROGATORY NO. 80

If you answered the previous interrogatory what was the market value of (first named Magical Farms alpaca and Tag #) owned by Plaintiff Magical Farms AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 81

## JURY INTERROGATORY NO. 81

Has Plaintiff <u>Magical Farms</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage (next named Magical Farms alpaca and Tag #) owned by Plaintiff <u>Magical Farms</u>.? **(ALL TWELVE JURORS MUST AGREE).**


YES _____          NO _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____       7. _____

2. _____       8. _____

3. _____       9. _____

4. _____       10. _____

5. _____       11. _____

6. _____       12. _____

If all twelve jurors answer Interrogatory No. 81 **"YES,"** then proceed to Interrogatory No. 82

If all twelve jurors answer Interrogatory No. 81 **"NO,"** then proceed to Interrogatory No. XXX.

## JURY INTERROGATORY NO. 82

If your answer to Interrogatory No. 81 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 83.

## <u>JURY INTERROGATORY NO. 83</u>

If you answered the previous interrogatory what was the market value of (next named Magical Farms alpaca and Tag #) owned by Plaintiff Magical Farms BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

Please proceed to Interrogatory No. 84.

## JURY INTERROGATORY NO. 84

If you answered the previous interrogatory what was the market value of (next named Magical Farms alpaca and Tag #) owned by Plaintiff Magical Farms AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____       7. _____

2. _____       8. _____

3. _____       9. _____

4. _____       10. _____

5. _____       11. _____

6. _____       12. _____

Please proceed to Interrogatory No. XXX

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 1

Defendants have admitted to negligence in this matter.  Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the negligence of Defendants proximately caused the death of the alpaca CASSIEOPIA? **(ALL TWELVE JURORS MUST AGREE).**

YES _____          NO _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 1 **"NO,"** proceed to Interrogatory No. 3

If all twelve jurors answer Interrogatory No. 1 **"YES,"** proceed to Interrogatory No. 2.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 2

Please state the market value you have determined for the alpaca CASSIOPEIA?  **(ALL TWELVE JURORS MUST AGREE).**

$_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____

Please proceed to Interrogatory No. 3

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 3

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the negligence of Defendants proximately caused the death of the alpaca VERITAS? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 3 **"NO,"** proceed to Interrogatory No. 5

If all twelve jurors answer Interrogatory No. 3 **"YES,"** proceed to Interrogatory No. 4.

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 4</u>

Please state the market value you have determined for the alpaca VERITAS?  **(ALL TWELVE JURORS MUST AGREE).**

$\underline{\hspace{5cm}}

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

Please proceed to Interrogatory No. 5

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 5

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the negligence of Defendants proximately caused the death of the alpaca CELEBRATION? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_            NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____         7. _____

2. _____         8. _____

3. _____         9. _____

4. _____         10. _____

5. _____         11. _____

6. _____         12. _____

If all twelve jurors answer Interrogatory No. 5 **"NO,"** proceed to Interrogatory No. 7

If all twelve jurors answer Interrogatory No. 5 **"YES,"** proceed to Interrogatory No. 6.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 6

Please state the market value you have determined for the alpaca CELEBRATION?  **(ALL TWELVE JURORS MUST AGREE).**

$_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

Please proceed to Interrogatory No. 7

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 7

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Aladdin's Magic, Tag # 100008 owned by Plaintiff  <u>Majestic Meadows</u>.? **(ALL TWELVE JURORS MUST AGREE).**


YES ____          NO ____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____       7. _____

2. _____       8. _____

3. _____       9. _____

4. _____       10. _____

5. _____       11. _____

6. _____       12. _____


If all twelve jurors answer Interrogatory No.7 **"YES,"** then proceed to Interrogatory No. 8

If all twelve jurors answer Interrogatory No. 7 **"NO,"** then proceed to Interrogatory No. 11

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 8

If your answer to Interrogatory No. 7 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Aladdin's Magic, Tag # 100008. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

Please proceed to Interrogatory No. 9.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 9

If you answered the previous interrogatory what was the market value of Aladdin's Magic, Tag # 100008 owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 10.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 10

If you answered the previous interrogatory, what was the market value of Aladdin's Magic, Tag # 100008 owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 11

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 11

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Chocolate Symphony, Tag # 100008.3 owned by Plaintiff <u>Majestic Meadows</u>.? **(ALL TWELVE JURORS MUST AGREE).**

YES _____            NO _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____         7. _____

2. _____         8. _____

3. _____         9. _____

4. _____         10. _____

5. _____         11. _____

6. _____         12. _____

If all twelve jurors answer Interrogatory No.11 **"YES,"** then proceed to Interrogatory No. 12

If all twelve jurors answer Interrogatory No. 11 **"NO,"** then proceed to Interrogatory No. 15

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 12

If your answer to Interrogatory No. 11 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Chocolate Symphony, Tag # 100008.3. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____       7. _____

2. _____       8. _____

3. _____       9. _____

4. _____       10. _____

5. _____       11. _____

6. _____       12. _____

Please proceed to Interrogatory No. 13.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 13

If you answered the previous interrogatory what was the market value of Chocolate Symphony, Tag # 100008.3 owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 14.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 14

If you answered the previous interrogatory, what was the market value of Chocolate Symphony, Tag # 100008.3 owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 15

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 15

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Starlight, Tag # 100009 owned by Plaintiff Majestic Meadows.? **(ALL TWELVE JURORS MUST AGREE).**

YES _____          NO _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No.15 **"YES,"** then proceed to Interrogatory No. 16

If all twelve jurors answer Interrogatory No. 15 **"NO,"** then proceed to Interrogatory No. 19

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 16

If your answer to Interrogatory No. 15 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Starlight, Tag # 100009. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____    7. _____

2. _____    8. _____

3. _____    9. _____

4. _____    10. _____

5. _____    11. _____

6. _____    12. _____

Please proceed to Interrogatory No. 17.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 17

If you answered the previous interrogatory what was the market value of  Starlight, Tag # 100009 owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 18.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 18

If you answered the previous interrogatory, what was the market value of Starlight, Tag # 100009 owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 19

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 19

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Asucena, Tag # 100011 owned by Plaintiff Majestic Meadows.? **(ALL TWELVE JURORS MUST AGREE).**

YES ____          NO ____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No.19 **"YES,"** then proceed to Interrogatory No. 20

If all twelve jurors answer Interrogatory No. 19 **"NO,"** then proceed to Interrogatory No. 23

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 20

If your answer to Interrogatory No. 19 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Asucena, Tag # 100011. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 21.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 21

If you answered the previous interrogatory what was the market value of Asucena, Tag # 100011 owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED        $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 22.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 22

If you answered the previous interrogatory, what was the market value of Asucena, Tag # 100011 owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 23

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 23

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Zeno, Tag # 100011.3 owned by Plaintiff Majestic Meadows.? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No.23 **"YES,"** then proceed to Interrogatory No. 24

If all twelve jurors answer Interrogatory No. 23 **"NO,"** then proceed to Interrogatory No. 27

108

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 24

If your answer to Interrogatory No. 23 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca  Zeno, Tag # 100011.3 **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____       7. _____

2. _____       8. _____

3. _____       9. _____

4. _____       10. _____

5. _____       11. _____

6. _____       12. _____

Please proceed to Interrogatory No. 25.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 25

If you answered the previous interrogatory what was the market value of Zeno, Tag # 100011.3 owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 26.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 26

If you answered the previous interrogatory, what was the market value of Zeno, Tag # 100011.3 owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED $\qquad$ $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 27

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 27

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Immogene, Tag # 100012 owned by Plaintiff  Majestic Meadows.? **(ALL TWELVE JURORS MUST AGREE).**


YES \_\_\_\_            NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

If all twelve jurors answer Interrogatory No.27 **"YES,"** then proceed to Interrogatory No. 28

If all twelve jurors answer Interrogatory No. 27 **"NO,"** then proceed to Interrogatory No. 31

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 28

If your answer to Interrogatory No. 27 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Immogene, Tag # 100012 **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 29.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 29

If you answered the previous interrogatory what was the market value of  Immogene, Tag # 100012 owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 30.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 30

If you answered the previous interrogatory, what was the market value of  Immogene, Tag # 100012 owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)


MARKET VALUE AFTER EATING THE FEED             $_____


Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 31

## MAJESTIC MEADOWS JURY INTERROGATORY NO 31

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Conner, Tag # 100012.3 owned by Plaintiff  Majestic Meadows.? **(ALL TWELVE JURORS MUST AGREE).**


YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No.31 **"YES,"** then proceed to Interrogatory No. 32

If all twelve jurors answer Interrogatory No. 31 **"NO,"** then proceed to Interrogatory No. 35

## <u>MAJESTIC MEADOWSJURY INTERROGATORY NO. 32</u>

If your answer to Interrogatory No. 31 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca  Conner, Tag # 100012.3 **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 33.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 33

If you answered the previous interrogatory what was the market value of Conner, Tag # 100012.3 owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED        $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 34.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 34

If you answered the previous interrogatory, what was the market value of Conner, Tag # 100012.3 owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 35

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 35

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Douglas, Tag # 100013 owned by Plaintiff <u>Majestic Meadows</u>.? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No.35 **"YES,"** then proceed to Interrogatory No. 36

If all twelve jurors answer Interrogatory No. 35 **"NO,"** then proceed to Interrogatory No. 39

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 36

If your answer to Interrogatory No. 35 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca  Douglas, Tag # 100013 **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____    7. _____

2. _____    8. _____

3. _____    9. _____

4. _____    10. _____

5. _____    11. _____

6. _____    12. _____

Please proceed to Interrogatory No. 37.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 37

If you answered the previous interrogatory what was the market value of  Douglas, Tag # 100013 owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 38.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 38

If you answered the previous interrogatory, what was the market value of Douglas, Tag # 100013 owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 39

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 39

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Pollo, Tag # 100014 owned by Plaintiff Majestic Meadows.? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 39 **"YES,"** then proceed to Interrogatory No. 40

If all twelve jurors answer Interrogatory No. 39 **"NO,"** then proceed to Interrogatory No. 43

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 40

If your answer to Interrogatory No. 39 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Pollo, Tag # 100014 **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____


Please proceed to Interrogatory No. 41.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 41

If you answered the previous interrogatory what was the market value of Pollo, Tag # 100014 owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 42.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 42

If you answered the previous interrogatory, what was the market value of Pollo, Tag # 100014 owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED        $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 43

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 43

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Gemini owned by Plaintiff Majestic Meadows.? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 43 **"YES,"** then proceed to Interrogatory No. 44

If all twelve jurors answer Interrogatory No. 43 **"NO,"** then proceed to Interrogatory No. 47

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 44

If your answer to Interrogatory No. 43 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Gemini. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____    7. _____

2. _____    8. _____

3. _____    9. _____

4. _____    10. _____

5. _____    11. _____

6. _____    12. _____

Please proceed to Interrogatory No. 45.

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 45</u>

If you answered the previous interrogatory what was the market value of  Gemini owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 46.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 46

If you answered the previous interrogatory, what was the market value of Gemini owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 47

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 47

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Golden Chardonnay owned by Plaintiff  <u>Majestic Meadows</u>.? **(ALL TWELVE JURORS MUST AGREE).**


YES _____          NO _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

If all twelve jurors answer Interrogatory No. 47 **"YES,"** then proceed to Interrogatory No. 48

If all twelve jurors answer Interrogatory No. 47 **"NO,"** then proceed to Interrogatory No. 51

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 48

If your answer to Interrogatory No. 47 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Golden Chardonnay. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____


Please proceed to Interrogatory No. 49.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 49

If you answered the previous interrogatory what was the market value of Golden Chardonnay owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____

Please proceed to Interrogatory No. 50.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 50

If you answered the previous interrogatory, what was the market value of Golden Chardonnay owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 51

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 51

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Diamond Solitaire owned by Plaintiff  Majestic Meadows.? **(ALL TWELVE JURORS MUST AGREE).**


YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 51 **"YES,"** then proceed to Interrogatory No. 52

If all twelve jurors answer Interrogatory No. 51 **"NO,"** then proceed to Interrogatory No. 55

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 52

If your answer to Interrogatory No. 51 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Diamond Solitaire. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 53.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 53

If you answered the previous interrogatory what was the market value of  Diamond Solitaire owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 54.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 54

If you answered the previous interrogatory, what was the market value of Diamond Solitaire owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 55

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 55

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Jasmine owned by Plaintiff Majestic Meadows.? **(ALL TWELVE JURORS MUST AGREE).**

YES _____        NO _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

If all twelve jurors answer Interrogatory No. 55 **"YES,"** then proceed to Interrogatory No. 56

If all twelve jurors answer Interrogatory No. 55 **"NO,"** then proceed to Interrogatory No. 59

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 56

If your answer to Interrogatory No. 55 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Jasmine. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 57.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 57

If you answered the previous interrogatory what was the market value of Jasmine owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 58.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 58

If you answered the previous interrogatory, what was the market value of Jasmine owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)


MARKET VALUE AFTER EATING THE FEED        $_____


Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 59

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 59

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Veronica owned by Plaintiff <u>Majestic Meadows</u>.? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 59 **"YES,"** then proceed to Interrogatory No. 60

If all twelve jurors answer Interrogatory No. 59 **"NO,"** then proceed to Interrogatory No. 63

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 60

If your answer to Interrogatory No. 59 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Veronica. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

Please proceed to Interrogatory No. 61.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 61

If you answered the previous interrogatory what was the market value of Veronica owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 62.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 62

If you answered the previous interrogatory, what was the market value of Veronica owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 63

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 63

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Carmel Doll owned by Plaintiff Majestic Meadows.? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 63 **"YES,"** then proceed to Interrogatory No. 64

If all twelve jurors answer Interrogatory No. 63 **"NO,"** then proceed to Interrogatory No. 67

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 64

If your answer to Interrogatory No. 63 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Carmel Doll. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____

Please proceed to Interrogatory No. 65.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 65

If you answered the previous interrogatory what was the market value of Carmel Doll owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 66.

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 66</u>

If you answered the previous interrogatory, what was the market value of Carmel Doll owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 67

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 67

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Valery owned by Plaintiff Majestic Meadows.? **(ALL TWELVE JURORS MUST AGREE).**

YES _____          NO _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 67 **"YES,"** then proceed to Interrogatory No. 68

If all twelve jurors answer Interrogatory No. 67 **"NO,"** then proceed to Interrogatory No. 71

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 68

If your answer to Interrogatory No. 67 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Valery. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

Please proceed to Interrogatory No. 69.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 69

If you answered the previous interrogatory what was the market value of Valery owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 70.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 70

If you answered the previous interrogatory, what was the market value of Valery owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____       7. _____

2. _____       8. _____

3. _____       9. _____

4. _____       10. _____

5. _____       11. _____

6. _____       12. _____

Please proceed to Interrogatory No. 71

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 71

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Dark Ice owned by Plaintiff <u>Majestic Meadows</u>? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 71 **"YES,"** then proceed to Interrogatory No. 72

If all twelve jurors answer Interrogatory No. 71 **"NO,"** then proceed to Interrogatory No. 75

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 72

If your answer to Interrogatory No. 71 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Dark Ice. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 73.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 73

If you answered the previous interrogatory what was the market value of Dark Ice owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____         7. _____

2. _____         8. _____

3. _____         9. _____

4. _____         10. _____

5. _____         11. _____

6. _____         12. _____

Please proceed to Interrogatory No. 74.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 74

If you answered the previous interrogatory, what was the market value of Dark Ice owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 75

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 75

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Navajo owned by Plaintiff Majestic Meadows.? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 75 **"YES,"** then proceed to Interrogatory No. 76

If all twelve jurors answer Interrogatory No. 75 **"NO,"** then proceed to Interrogatory No. 79

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 76

If your answer to Interrogatory No. 75 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Navajo. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 77.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 77

If you answered the previous interrogatory what was the market value of Navajo owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 78.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 78

If you answered the previous interrogatory, what was the market value of Navajo owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)


MARKET VALUE AFTER EATING THE FEED            $_____


Those jurors agreeing in the above answer, please sign his or her name.

1. _____            7. _____

2. _____            8. _____

3. _____            9. _____

4. _____            10. _____

5. _____            11. _____

6. _____            12. _____

Please proceed to Interrogatory No. 79

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 79

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Goldie Dawn owned by Plaintiff  Majestic Meadows.? **(ALL TWELVE JURORS MUST AGREE).**


YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 79 **"YES,"** then proceed to Interrogatory No. 80

If all twelve jurors answer Interrogatory No. 79  **"NO,"** then proceed to Interrogatory No. 83

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 80

If your answer to Interrogatory No. 79 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Goldie Dawn. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 81.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 81

If you answered the previous interrogatory what was the market value of Goldie Dawn owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 82.

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 82</u>

If you answered the previous interrogatory, what was the market value of Goldie Dawn owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 83

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 83

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Mattinata owned by Plaintiff <u>Majestic Meadows</u>? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_        NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

If all twelve jurors answer Interrogatory No. 83 **"YES,"** then proceed to Interrogatory No. 84

If all twelve jurors answer Interrogatory No. 83  **"NO,"** then proceed to Interrogatory No. 87

## <u>MAJESTIC MEADOWSJURY INTERROGATORY NO. 84</u>

If your answer to Interrogatory No. 83 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Mattinata. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____       7. _____

2. _____       8. _____

3. _____       9. _____

4. _____       10. _____

5. _____       11. _____

6. _____       12. _____

Please proceed to Interrogatory No. 85.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 85

If you answered the previous interrogatory what was the market value of Mattinata owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 86.

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 86</u>

If you answered the previous interrogatory, what was the market value of Mattinata owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____

Please proceed to Interrogatory No. 87

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 87

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Honeybelle owned by Plaintiff <u>Majestic Meadows</u>.? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 87 **"YES,"** then proceed to Interrogatory No. 88

If all twelve jurors answer Interrogatory No. 87 **"NO,"** then proceed to Interrogatory No. 91

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 88

If your answer to Interrogatory No. 87 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Honeybelle. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 89.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 89

If you answered the previous interrogatory what was the market value of Honeybelle owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 90.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 90

If you answered the previous interrogatory, what was the market value of Honeybelle owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____


Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 91

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 91

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Magnum owned by Plaintiff Majestic Meadows.? **(ALL TWELVE JURORS MUST AGREE).**

YES ____          NO ____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 91 **"YES,"** then proceed to Interrogatory No. 92

If all twelve jurors answer Interrogatory No. 91  **"NO,"** then proceed to Interrogatory No. 95

## <u>MAJESTIC MEADOWSJURY INTERROGATORY NO. 92</u>

If your answer to Interrogatory No. 91 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Magnum. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 93.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 93

If you answered the previous interrogatory what was the market value of Magnum owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED        $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 94.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 94

If you answered the previous interrogatory, what was the market value of Magnum owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____

Please proceed to Interrogatory No. 95

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 95</u>

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to White Mercedes owned by Plaintiff  <u>Majestic Meadows</u>.? **(ALL TWELVE JURORS MUST AGREE).**

YES _____          NO _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 95 **"YES,"** then proceed to Interrogatory No. 96

If all twelve jurors answer Interrogatory No. 95  **"NO,"** then proceed to Interrogatory No. 99

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 96

If your answer to Interrogatory No. 95 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca White Mercedes. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 97.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 97

If you answered the previous interrogatory what was the market value of White Mercedes owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 98.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 98

If you answered the previous interrogatory, what was the market value of White Mercedes owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 99

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 99

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Sherman owned by Plaintiff <u>Majestic Meadows</u>.? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 99 **"YES,"** then proceed to Interrogatory No. 100

If all twelve jurors answer Interrogatory No. 99 **"NO,"** then proceed to Interrogatory No. 103

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 100

If your answer to Interrogatory No. 99 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Sherman. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____    7. _____

2. _____    8. _____

3. _____    9. _____

4. _____    10. _____

5. _____    11. _____

6. _____    12. _____

Please proceed to Interrogatory No. 101.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 101

If you answered the previous interrogatory what was the market value of Sherman owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 102.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 102

If you answered the previous interrogatory, what was the market value of Sherman owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED        $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 103

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 103

Has  Plaintiff  <u>Majestic Meadows</u>  proven  by  a  preponderance  of  the  evidence  that  the  admitted negligence of Defendants proximately caused the alleged injury and/or damage to Citronella owned by Plaintiff  <u>Majestic Meadows</u>.? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 103 **"YES,"** then proceed to Interrogatory No. 104

If all twelve jurors answer Interrogatory No. 103  **"NO,"** then proceed to Interrogatory No. 107

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 104

If your answer to Interrogatory No. 103 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Citronella. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 105.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 105

If you answered the previous interrogatory what was the market value of Citronella owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 106.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 106

If you answered the previous interrogatory, what was the market value of Citronella owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 107

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 107

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Yvette owned by Plaintiff <u>Majestic Meadows</u>.? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 107 **"YES,"** then proceed to Interrogatory No. 108

If all twelve jurors answer Interrogatory No. 107 **"NO,"** then proceed to Interrogatory No. 111

## <u>MAJESTIC MEADOWSJURY INTERROGATORY NO. 108</u>

If your answer to Interrogatory No. 107 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Yvette. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 109.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 109

If you answered the previous interrogatory what was the market value of Yvette owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED        $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 110.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 110

If you answered the previous interrogatory, what was the market value of Yvette owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED        $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 111

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 111</u>

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Champagne owned by Plaintiff <u>Majestic Meadows</u>.? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____    7. _____

2. _____    8. _____

3. _____    9. _____

4. _____    10. _____

5. _____    11. _____

6. _____    12. _____

If all twelve jurors answer Interrogatory No. 111 **"YES,"** then proceed to Interrogatory No. 112

If all twelve jurors answer Interrogatory No. 111  **"NO,"** then proceed to Interrogatory No. 115

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 112

If your answer to Interrogatory No. 111 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Champagne. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 113.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 113

If you answered the previous interrogatory what was the market value of Champagne owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)


MARKET VALUE BEFORE EATING THE FEED $_____


Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 114.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 114

If you answered the previous interrogatory, what was the market value of Champagne owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 115

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 115

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Trillium owned by Plaintiff Majestic Meadows.? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 115 **"YES,"** then proceed to Interrogatory No. 116

If all twelve jurors answer Interrogatory No. 115  **"NO,"** then proceed to Interrogatory No. 119

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 116

If your answer to Interrogatory No. 115 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Trillium. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____       10. _____

5. _____       11. _____

6. _____       12. _____

Please proceed to Interrogatory No. 117.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 117

If you answered the previous interrogatory what was the market value of Trillium owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 118.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 118

If you answered the previous interrogatory, what was the market value of Trillium owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 119

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 119

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Ivon owned by Plaintiff Majestic Meadows.? **(ALL TWELVE JURORS MUST AGREE).**

YES _____          NO _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____         7. _____

2. _____         8. _____

3. _____         9. _____

4. _____         10. _____

5. _____         11. _____

6. _____         12. _____

If all twelve jurors answer Interrogatory No. 119 **"YES,"** then proceed to Interrogatory No. 120

If all twelve jurors answer Interrogatory No. 119 **"NO,"** then proceed to Interrogatory No. 123

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 120

If your answer to Interrogatory No. 119 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Ivon. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____    7. _____

2. _____    8. _____

3. _____    9. _____

4. _____    10. _____

5. _____    11. _____

6. _____    12. _____

Please proceed to Interrogatory No. 121.

**MAJESTIC MEADOWS JURY INTERROGATORY NO. 121**

If you answered the previous interrogatory what was the market value of Ivon owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED        $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 122.

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 122</u>

If you answered the previous interrogatory, what was the market value of Ivon owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED $\qquad$ $\$$_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 123

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 123</u>

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Nieta owned by Plaintiff <u>Majestic Meadows</u>.? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 123 **"YES,"** then proceed to Interrogatory No. 124

If all twelve jurors answer Interrogatory No. 123 **"NO,"** then proceed to Interrogatory No. 127

## <u>MAJESTIC MEADOWSJURY INTERROGATORY NO. 124</u>

If your answer to Interrogatory No. 123 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Nieta. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____

Please proceed to Interrogatory No. 125.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 125

If you answered the previous interrogatory what was the market value of Nieta owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 126.

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 126</u>

If you answered the previous interrogatory, what was the market value of Nieta owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____


Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 127

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 127</u>

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Brooke owned by Plaintiff <u>Majestic Meadows</u>.? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 127 **"YES,"** then proceed to Interrogatory No. 128

If all twelve jurors answer Interrogatory No. 127 **"NO,"** then proceed to Interrogatory No. 131

## <u>MAJESTIC MEADOWSJURY INTERROGATORY NO. 128</u>

If your answer to Interrogatory No. 127 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Brooke. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____       7. _____

2. _____       8. _____

3. _____       9. _____

4. _____       10. _____

5. _____       11. _____

6. _____       12. _____

Please proceed to Interrogatory No. 129.

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 129</u>

If you answered the previous interrogatory what was the market value of Brooke owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

Please proceed to Interrogatory No. 130.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 130

If you answered the previous interrogatory, what was the market value of Brooke owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED        $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 131

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 131

Has Plaintiff Majestic Meadows proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Gandalf owned by Plaintiff Majestic Meadows.? **(ALL TWELVE JURORS MUST AGREE).**

YES _____          NO _____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____

If all twelve jurors answer Interrogatory No. 131 **"YES,"** then proceed to Interrogatory No. 132

If all twelve jurors answer Interrogatory No. 131 **"NO,"** then proceed to Interrogatory No. 135

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 132

If your answer to Interrogatory No. 131 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Gandalf. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____       7. _____

2. _____       8. _____

3. _____       9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____

Please proceed to Interrogatory No. 133.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 133

If you answered the previous interrogatory what was the market value of Gandalf owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____      7. _____

2. _____      8. _____

3. _____      9. _____

4. _____      10. _____

5. _____      11. _____

6. _____      12. _____

Please proceed to Interrogatory No. 134.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 134

If you answered the previous interrogatory, what was the market value of Gandalf owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 135

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 135</u>

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Hunter owned by Plaintiff <u>Majestic Meadows</u>.? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 135 **"YES,"** then proceed to Interrogatory No. 136

If all twelve jurors answer Interrogatory No. 135 **"NO,"** then proceed to Interrogatory No. 139

## <u>MAJESTIC MEADOWSJURY INTERROGATORY NO. 136</u>

If your answer to Interrogatory No. 135 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Hunter. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

Please proceed to Interrogatory No. 137.

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 137</u>

If you answered the previous interrogatory what was the market value of Hunter owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED           $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 138.

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 138</u>

If you answered the previous interrogatory, what was the market value of Hunter owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____


Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 139

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 139

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Isabella owned by Plaintiff <u>Majestic Meadows</u>? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 139 **"YES,"** then proceed to Interrogatory No. 140

If all twelve jurors answer Interrogatory No. 139 **"NO,"** then proceed to Interrogatory No. 143

## <u>MAJESTIC MEADOWSJURY INTERROGATORY NO. 140</u>

If your answer to Interrogatory No. 139 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Isabella. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____    7. _____

2. _____    8. _____

3. _____    9. _____

4. _____    10. _____

5. _____    11. _____

6. _____    12. _____

Please proceed to Interrogatory No. 141.

## **MAJESTIC MEADOWS JURY INTERROGATORY NO. 141**

If you answered the previous interrogatory what was the market value of Isabella owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED        $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 142.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 142

If you answered the previous interrogatory, what was the market value of Isabella owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 143

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 143

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Jeremiah owned by Plaintiff <u>Majestic Meadows</u>.? **(ALL TWELVE JURORS MUST AGREE).**


YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 143 **"YES,"** then proceed to Interrogatory No. 144

If all twelve jurors answer Interrogatory No. 143 **"NO,"** then proceed to Interrogatory No. 147

## **MAJESTIC MEADOWSJURY INTERROGATORY NO. 144**

If your answer to Interrogatory No. 143 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Jeremiah. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____

6. _____        12. _____

Please proceed to Interrogatory No. 145.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 145

If you answered the previous interrogatory what was the market value of Jeremiah owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 146.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 146

If you answered the previous interrogatory, what was the market value of Jeremiah owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)


MARKET VALUE AFTER EATING THE FEED          $_____


Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 147

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 147

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Lazarus owned by Plaintiff <u>Majestic Meadows</u>? **(ALL TWELVE JURORS MUST AGREE).**


YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 147 **"YES,"** then proceed to Interrogatory No. 148

If all twelve jurors answer Interrogatory No. 147 **"NO,"** then proceed to Interrogatory No. 151

232

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 148

If your answer to Interrogatory No. 147 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Lazarus. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____         7. _____

2. _____         8. _____

3. _____         9. _____

4. _____         10. _____

5. _____         11. _____

6. _____         12. _____

Please proceed to Interrogatory No. 149.

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 149</u>

If you answered the previous interrogatory what was the market value of Lazarus owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 150.

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 150

If you answered the previous interrogatory, what was the market value of Lazarus owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 151

## MAJESTIC MEADOWS JURY INTERROGATORY NO. 151

Has Plaintiff <u>Majestic Meadows</u> proven by a preponderance of the evidence that the admitted negligence of Defendants proximately caused the alleged injury and/or damage to Legolas owned by Plaintiff <u>Majestic Meadows</u>? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 151 **"YES,"** then proceed to Interrogatory No. 152

If all twelve jurors answer Interrogatory No. 151 **"NO,"** then proceed to Interrogatory No. 155

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 152

If your answer to Interrogatory No. 151 was "Yes," please provide a brief description of the injury and/or damage Defendants proximately caused to Plaintiff's alpaca Legolas. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 153.

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 153</u>

If you answered the previous interrogatory what was the market value of Legolas owned by Plaintiff Majestic Meadows BEFORE eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE BEFORE EATING THE FEED          $_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

Please proceed to Interrogatory No. 154.

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 154</u>

If you answered the previous interrogatory, what was the market value of Legolas owned by Plaintiff Majestic Meadows AFTER eating the feed? (**ALL TWELVE JURORS MUST AGREE**)

MARKET VALUE AFTER EATING THE FEED          $_____


Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 155

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 155</u>

Do you find that Plaintiff Majestic Meadows has proven by the preponderance of the evidence that the negligence of Defendants was the proximate cause of damages in the form of lost profits? **(ALL TWELVE JURORS MUST AGREE).**

YES \_\_\_\_          NO \_\_\_\_

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

If all twelve jurors answer Interrogatory No. 155 **"YES,"** then proceed to Interrogatory No. 156

If all twelve jurors answer Interrogatory No. 155 **"NO,"** then proceed to Verdict forms

## MAJESTIC MEADOWSJURY INTERROGATORY NO. 156

If your answer to Interrogatory No. 155 was "Yes," please provide a description of the damages that you found to be caused to Plaintiff as a result of lost profits. **(ALL TWELVE JURORS MUST AGREE).**

_____

_____

_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____          7. _____

2. _____          8. _____

3. _____          9. _____

4. _____          10. _____

5. _____          11. _____

6. _____          12. _____

Please proceed to Interrogatory No. 157.

## <u>MAJESTIC MEADOWS JURY INTERROGATORY NO. 157</u>

If you answered the previous interrogatory in the affirmative, please state that amount of damages in the form of lost profits that you determined were proximately caused by Defendants.  (**ALL TWELVE JURORS MUST AGREE**)

$_____

Those jurors agreeing in the above answer, please sign his or her name.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF OHIO, WESTERN DIVISION**

| | | |
|---|---|---|
| MAGICAL FARMS, INC., et al., | ) | CASE NO. 1: 03CV2054 |
| | ) | |
| PLAINTIFFS | ) | JUDGE CHRISTOPHER BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| LAND O'LAKES, INC., et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |
| | ) | |
| | ) | |

<u>**VERDICT FOR PLAINTIFF MAGICAL FARMS**</u>

We, the Jury, do find for the Plaintiff <u>Magical Farms</u> and against the named Defendants, and we find that the <u>total</u> amount of compensatory damages is $_____.

Date:  March _____, 2007:

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____     10. _____

5. _____     11. _____

6. _____     12. _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION**

| | |
|---|---|
| MAGICAL FARMS, INC., et al., | **)** CASE NO. 1: 03CV2054 |
| | **)** |
| PLAINTIFFS | **)** JUDGE CHRISTOPHER BOYKO |
| | **)** |
| v. | **)** |
| | **)** |
| LAND O'LAKES, INC., et al., | **)** |
| | **)** |
| DEFENDANTS. | **)** |
| | **)** |
| | **)** |
| | **)** |

## VERDICT FOR PLAINTIFF MAJESTIC MEADOWS

We, the Jury, do find for the Plaintiff <u>Majestic Meadows</u> and against the named

Defendants, and we find that the <u>total</u> amount of compensatory damages is

$_____.


Date:  March _____, 2007:

1. _____    7. _____

2. _____    8. _____

3. _____    9. _____

4. _____    10. _____

5. _____    11. _____

6. _____    12. _____

245

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION**

| | | |
|---|---|---|
| MAGICAL FARMS, INC., et al., | **)** | CASE NO. 1: 03CV2054 |
| | **)** | |
| PLAINTIFFS | **)** | JUDGE CHRISTOPHER BOYKO |
| | **)** | |
| v. | **)** | |
| | **)** | |
| LAND O'LAKES, INC., et al., | **)** | |
| | **)** | |
| DEFENDANTS. | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |

---

## VERDICT FOR DEFENDANTS

We, the Jury, do find for the Defendants Land O'Lakes, Inc., and Land O'Lakes

Farmland Feed, LLC, and against Plaintiff <u>Magical Farms</u>.

Date:  March  _____, 2007:

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION**

| | | |
|---|---|---|
| MAGICAL FARMS, INC., et al., | **)** | CASE NO. 1: 03CV2054 |
| | **)** | |
| PLAINTIFFS | **)** | JUDGE CHRISTOPHER BOYKO |
| | **)** | |
| v. | **)** | |
| | **)** | |
| LAND O'LAKES, INC., et al., | **)** | |
| | **)** | |
| DEFENDANTS. | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |

---

## <u>VERDICT FOR DEFENDANTS</u>

We, the Jury, do find for the Defendants Land O'Lakes, Inc., and Land O'Lakes

Farmland Feed, LLC, and against Plaintiff <u>Majestic Meadows</u>.

Date:  March  _____, 2007:

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____