IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MAGICAL FARMS, INC., et al. | ) | CASE NO. 1:03CV2054 |
| | ) | |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | **PLAINTIFFS MAGICAL FARMS, INC.** |
| | ) | **ET. AL.'S PROPOSED VOIR DIRE** |
| LAND O'LAKES, INC., et al. | ) | **QUESTIONS** |
| | ) | |
| Defendants. | ) | |

Plaintiffs Magical Farms, Inc., and Majestic Meadows, Inc. submit the following voir dire questions to be propounded to the panel by the Court.

1. Have you had any dealings with Magical Farms, Inc. of Litchfield, Ohio?

2. Have you ever had any dealing with Majestic Meadows Alpacas, Inc. of Litchfield, Ohio?

3. Do you know Libby Forstner or Jerry Forstner, the principal owners of Magical Farms, Inc.?

4. Do you know Faye Farley of Jeff Farley, the principal owners of Majestic Meadows, Inc.?

5. Are you acquainted with Tripp Forstner or Ty Forstner, Jerry Forstner's sons who operate Magical Farms, Inc.?

6. Are you aware of any of your relatives or friends who have had dealings with any of the Forstners, the Farleys, Magical Farms, Inc. or Majestic Meadows Alpacas, Inc.?

7. Do you have any knowledge of any of the Farley or Forstner Families, Magical Farms, Inc., or Majestic Meadows Alpacas, Inc.?

8. Have you or any family member or any friend ever worked for Land O' Lakes, Inc. or any of its subsidiaries, including or Land O' Lakes Farmland Feed, LLC and/or Purina Mills, LLC?

9. Do you own any stock in Land O'Lakes, Inc. or any of its subsidiaries, including Land O' Lakes Farmland Feed, LLC and/or Purina Mills, LLC?

10. Do you regularly purchase or use any Land O'Lakes, Inc.'s Food Products?

11. Do you regularly purchase or use any of Land O'Lakes, Inc.'s agricultural products?

12. Have you or any family member or any friend ever had any problem with a Land O'Lakes' food or agricultural product?

13. Is there anything about your knowledge of Land O'Lakes, Inc. and/ or Land O'Lakes Farmland Feed, LLC that you think would make it difficult for you to try the issues in this case fairly and impartially without any prejudice or bias?

14. Have you or any family member or any friend ever been injured as a result of ingesting any adulterated food product?

15. Have you or any family member or any friend ever had an animal killed or injured or claimed to be killed or injured as a result of adulterated food product?

16. Have you ever owned a farm?

17. Have you ever lived on a farm?

18. Have you ever worked on a farm?

19. Have you ever been involved in the care and feeding of farm animals?

20. Have you or any family member or any friend ever owned an alpaca or a llama?

21. Have you or any family member or any friend ever been involved in the care and feeding of either alpacas or llamas?

22. Have you and your spouse or significant other ever investigated or looked into the purchase of an alpaca or a llama?

23. Have you ever read any books, magazine articles or newspaper articles about alpacas or llamas?

24. Have you ever read newspaper articles about this case?

25. Have you ever heard anything about this case from any source whatsoever?

26. If you have heard anything about this case, what have you heard?

27. If you have heard anything about this case, has it caused you to form an opinion about this case?

28. If so, what is the opinion?

29. This case involves harm to animals, is there anything about the nature of this case which you think would make it difficult for you to try the issues fairly and impartially without any prejudice or bias?

30. Do you know anything about the veterinarian Dr. Denise Stoll?

31. Do you know anything about the veterinarian Dr. Anthony Stachowski?

32. Do you know anything about the veterinarian Dr. David Anderson, formerly of Ohio State University?

33. Do you know Michael Safley?

34. Do you know Stephen Buffo?

35. Do you have one or more household pets that reside with you?

36. Are you or any family member or close friend a veterinarian?

37. Have you used the services of a veterinarian within the last five years?

38. Do you purchase animal feed on a regular basis?

39. Do you, your spouse, any family member or any of your friends work for either AIG Insurance, National Union Insurance Group, or Crawford and Company?

40. Do you, your spouse, any family member or any of your friends maintain insurance through AIG Insurance or National Union Insurance Group?

41. Do you, your spouse or any family member have any ownership interests in AIG Insurance?

42. Do you, your spouse, family member or any of your friends work for an insurance company?

43. Have you, your spouse or any relative ever received formal training in the law or attended law school or paralegal school?

44. Have you, your spouse, any family member or any close friend ever been employed by an attorney or a law firm?

45. Do you know any past or present attorney or employee of the Law Firm of Sutter O'Connell & Farchione Co., LPA?

46. Have you ever served as a juror in this Court or any other Court?

3

47. If so (a) did you deliberate to a verdict and (b) would your previous experience as a juror tend to influence your decision in this case in any way?

48. During deliberation, if you have formed an opinion, would it be difficult for you to keep an open mind and listen to the opinion of others?

49. Do you have any health problems which may affect your service a juror?

50. Do you have any religious affiliation or beliefs that would prevent you from serving as a juror in this matter?

51. Do you have trouble understanding the English language?

52. Do you know any other member of the jury panel?

53. Do you have any prospective projects or projects in progress at your job which would affect your ability to concentrate if you were selected as a juror in this particular case?

54. Are you familiar with any of the following witnesses in this case:

- Karen Aston?
- Rick and Jo Ballard?
- Tom and Carla Baster?
- Carl Bentley?
- Linda Bessmer?
- Matthew Best?
- Ronald Brooks?
- Steven Brown?
- Roger Buschur?
- Amy Lutz Castellanos?
- Vince and Kathy Conkey?
- Nichol Deem?
- Marjorie Dillon?
- Jack and Miriam Donaldson?

4

- Karen Derksen?
- Leo Eldridge, DVM?
- Robert and Amy Frost?
- Cheryl Gehly?
- Sheila Grimes, DVM?
- Gary Hauenstein?
- John Hodler?
- Michael Lawson?
- Arlin and Amy McCroskie?
- Rebecca Meluch?
- Dennis Millner?
- Lisa Lance?
- John Pinkowski?
- James Reed?
- Mary Reed?
- Suzanne Reinhart?
- Calvin Scott?
- Lloyd and Shirley Shockey?
- Town & Country Coop Inc.?
- Debbie Smith?
- Lisa Turney?
- Jeremy Walker?
- Justin Walker?
- John Walker, Jr.?

5

- Claire Whitehead, DVM?

- Edward and Barbara Wille?

- Jeffrey Workman?

> Respectfully submitted,
>
> /s/ Robert J. Valerian
> Robert J. Valerian (0001533)
> Douglas V. Bartman (0073103)
> Philip R. Bautista (0073272)
> Kahn Kleinman, LPA
> 1301 East Ninth Street
> 2600 Tower at Erieview
> Cleveland, OH 44114-1824
> (216) 696-3311 (Phone)
> (216) 623-4912 (Fax)
> rjvalerian@kahnkleinman.com
> dbartman@kahnkleinman.com
> pbautista@kahnkleinman.com
> *Attorneys for Plaintiffs, Magical Farms, Inc.
> and Majestic Meadows Alpacas*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2007, a copy of the foregoing Plaintiffs' Proposed Voir Dire Questions were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system. Parties may access this filing through the Court's electronic case filing system.

/s/ Robert J. Valerian
*One of the Attorneys for Plaintiffs Magical Farms, Inc. et al.*