**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| MAGICAL FARMS, INC., et al., | ) | CASE NO. 1: 03CV2054 |
| | ) | |
| PLAINTIFFS | ) | JUDGE CHRISTOPHER BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| LAND O'LAKES, INC., et al., | ) | **DEFENDANTS' EXHIBIT LIST** |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

Now come Defendants, Land O'Lakes, Inc., and Land O'Lakes Farmland Feed, LLC ("Land O'Lakes"), and file their Exhibit List (except for Exhibits to be used for impeachment purposes only) pursuant to the Court's standing Trial Order. Defendants reserve the right to amend this list as may be necessary based upon outstanding rulings expected from the Court on pending motions.

| Exhibit | Description | Date | Bates No. |
|---|---|---|---|
| A | Magical Farms financial documentation | | |
| A-1 | Magical Farms tax returns | 2001 | MF015761-015839 |
| A-2 | Magical Farms tax returns | 2002 | MF015840-015918 |
| A-3 | Magical Farms tax returns | 2003 | MF015919-016002 |
| A-4 | Magical Farms tax returns | 2004 | MF016052-016140 |
| A-5 | Magical Farms, Inc. Statement of Revenues and Expense and Balance Sheet | 12/31/01 12/31/02 | MF016003-016007 |
| A-6 | Additional working papers included in Stephen Buffo working papers including sale agreements, contracts and confirmations and records of purchase | 1995 - 2005 | MF016047-016051; MF016141-016284 |
| B | Majestic Meadows Alpacas, Inc. financial | | |

|  | documentation |  |  |
|---|---|---|---|
| B-1 | Majestic Meadows tax returns | 2003 | MM001085-001086 |
| B-2 | Majestic Meadows tax returns | 2004 | MM001087-001089 |
| B-3 | Majestic Meadows tax returns | 2004 | MM001090-001114 |
| B-4 | Majestic Meadows tax returns | 2003 | MM001115-001127 |
| B-5 | Majestic Meadows tax returns | 2002 | MM001128-001139 |
| B-6 | Majestic Meadows instructions for filing, Form 1120S | 2002 | MM001140-001143 |
| B-7 | Majestic Meadows instructions for filing, Form 1120S | 2003 | MM001144-001151 |
|  | Expert report and working papers for Defendants' expert, Stephen Buffo from working papers for Magical Farms, Inc. (Identified as Exhibit 421 of Plaintiffs' Exhibits) |  |  |
|  | Expert report and working papers of Stephen Buffo for Majestic Meadows Alpacas, Inc. (Identified as Exhibit 422 of Plaintiffs' Exhibits) |  |  |
|  | Expert report and working papers of Anthony Stachowski, DVM for Magical Farms, Inc. (Identified as Exhibit 423 of Plaintiffs' Exhibits) |  |  |
|  | Expert report and working papers of Anthony Stachowski, DVM for Majestic Meadows Alpacas, Inc. (Identified as Exhibit 424 of Plaintiffs' Exhibits) |  |  |
|  | Expert report and working papers of Michael Safley for Magical Farms, Inc. (Identified as Exhibit 425 of Plaintiffs' Exhibits) |  |  |
|  | Expert report and working papers of Michael Safley for Majestic Meadows Alpacas, Inc. |  |  |

|   |   |   |   |
|---|---|---|---|
|   | (Identified as Exhibit 426 of Plaintiffs' Exhibits) |   |   |
|   | Expert report and working papers of Libby Forstner for Magical Farms, Inc. (Identified as Exhibit 428 of Plaintiffs' Exhibits) |   |   |
|   | Expert report and working papers of Denise Stoll, DVM for Magical Farms, Inc. and Majestic Meadows (Identified as Exhibit 429 of Plaintiffs' Exhibits) | 9/13/05 | DS00001-03160 |
|   | Expert report of David Ames (Identified as Exhibit 427 of Plaintiffs' Exhibits) |   |   |
|   | Deposition exhibits of David Ames (Identified as Exhibits 229-236 of Plaintiffs' Exhibits) |   |   |
| C | Documents provided by Dr. Sheila Grimes |   | SG00001-00007 |
| D | Demonstrative Exhibit of Steven Buffo Opinions |   |   |
| E | Deposition exhibits of Jerry Forstner taken 11/3/05 and 11/4/05 |   |   |
| F | Deposition exhibits of Tyler Forstner taken 8/18/05 |   |   |
|   | Deposition exhibits of Denise Stoll taken 3/30/06 and 3/31/06 except Exhibit "B" (Identified as Plaintiffs' Exhibits 354, 356-359, A42A, 361-363). |   |   |
|   | Deposition exhibits of David Anderson taken 3/14/06 and 3/15/06 (Identified as Plaintiffs' Exhibits 250-353) |   |   |
|   | Deposition exhibits of Michael Safley taken 4/12/06 and 4/13/06 (Identified at Plaintiffs' Exhibits 364-380) |   |   |
| G | Deposition exhibits of Faye Farley taken 9/21/05 |   |   |

3

| H | Deposition exhibits A, B, C, D, E, G and L of Tripp Forstner taken 8/16/05 and 8/17/05 | | |
|---|---|---|---|
| I | Deposition exhibits of Libby Forstner taken 9/27/05 | | |
| J | Deposition exhibits of Libby Forstner taken 4/27/06 | | |
| K | Schematics provided by Dr. Stachowski pursuant to deposition Subpoena Duces Tecum | | LOL/ST 05652-05657 |
| L | Demonstrative exhibits regarding Herd Evaluation of Magical Farms by Anthony Stachowski, DVM, Volumes 1 – 7 | | |
| M | Demonstrative exhibits regarding Herd Evaluation of Majestic Meadows by Anthony Stachowski, DVM, Volume 1 | | |
| N | Necropsy and Histopathology of Animals Deceased 2005-2007 | | MF152769-152780; MF015716; MF152765-152768; MM001389-001391 |
| | Documentation produced by Plaintiffs regarding farm event records | | MF021277-152757 |
| | Documents produced by the Ohio State University | | OSU00001-01108; OSU/GOL0001-00107 |
| | Documents provided by the International Llama Registry | | ILR00001-00521 |
| | **From a review of Plaintiffs' Exhibit List it appears that these documents are contained within Plaintiffs' composite exhibits numbered 1001 through composite Exhibit 2030. Accordingly, these documents are not reproduced here.** | | |

Respectfully submitted,

**Sutter, O'Connell & Farchione Co. L.P.A.**


*/s/* Jonathan M. Menuez
Jonathan M. Menuez, Esq. (0064972)
Thomas H. Terry, III, Esq. (0016340)
3600 Erieview Tower
1301 East 9th St.
Cleveland, Ohio 44114
216-928-2200
216-928-4400 – fax

5

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been filed electronically this 8th day of March, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                            */s/* Jonathan M. Menuez
                                                                            Jonathan M. Menuez, Esq. (0064972)
                                                                            Thomas H. Terry, III, Esq. (0016340)