# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| MAGICAL FARMS, INC., et al., | ) CASE NO. 1: 03CV2054 |
| PLAINTIFFS | ) JUDGE CHRISTOPHER BOYKO |
| v. | ) |
| LAND O'LAKES, INC., et al., | ) |
| DEFENDANTS. | ) |

FILED
APR 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

## VERDICT FOR PLAINTIFF MAGICAL FARMS

We, the Jury, do find for the Plaintiff <u>Magical Farms</u> and against the named Defendants <u>Land O'Lakes, Inc.</u> and <u>Land O'Lakes Farmland Feed, LLC.</u>, and we find that the total amount of compensatory damages is $ 1,607,666.60 (the amount must equal the sum total compensatory damages, if any, listed in Interrogatory Nos. 1, 4, 6, 8, and 10).

Date: April 3, 2007:



1. ▉
2. ▉
3. ▉
4. ▉
5. ▉
6. ▉
7. ▉
8. ▉
9. ▉
10. ▉
11. ▉
12. ▉

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| MAGICAL FARMS, INC., et al., | ) CASE NO. 1: 03CV2054 |
| PLAINTIFFS | ) JUDGE CHRISTOPHER BOYKO |
| v. | ) |
| LAND O'LAKES, INC., et al., | ) FILED |
| DEFENDANTS. | ) APR 3 2007 |
| | ) CLERK OF COURT, U.S. DISTRICT COURT, N.D.O. |

### VERDICT FOR PLAINTIFF MAJESTIC MEADOWS

We, the Jury, do find for the Plaintiff Majestic Meadows and against the named Defendants Land O'Lakes, Inc. and Land O'Lakes Farmland Feed, LLC., and we find that the total amount of compensatory damages is $ 30,500.00 . (The amount must equal the sum total compensatory damages, if any, listed in Interrogatory Nos. 12 and 14)

Date: April 3 , 2007:

