**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MAGICAL FARMS, INC., ET AL.,** | ) | **CASE NO.1:03CV2054** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **LAND O'LAKES, INC., ET AL.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

## CHRISTOPHER A. BOYKO, J:

The Court orders its exhibits admitted into evidence in the above matter released to the Clerk's Office for reference by counsel. Counsel may access, review, and/or request photocopies of the exhibits but the exhibits may not be removed from the Clerk's Office.

IT IS SO ORDERED.

                                                 s/Christopher A. Boyko
                                                 CHRISTOPHER A. BOYKO
                                                 United States District Judge

August 3, 2007