# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 07-3568

Filed: February 17, 2010

MAGICAL FARMS, INC.; MAJESTIC MEADOWS ALPACAS, INC.,

Plaintiffs - Appellants

v.

LAND O'LAKES, INC.; LAND O'LAKES FARMLAND FEED, LLC,

Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 12/08/2009 the mandate for this case hereby issues today. *Reverse & Remanded*

COSTS: NONE